■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GUASP, Appellant. [937 NYS2d 664]

Concur—Friedman, J.P., Sweeny, Acosta, Renwick and Abdus-Salaam, JJ.